**LAQUER, URBAN, CLIFFORD & HODGE LLP**     JS-6
Jacqueline L. Norlin, State Bar # 245840
225 South Lake Avenue, Suite 200
Pasadena, California  91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Norlin@luch.com

Counsel for Plaintiffs,
Trustees of the Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>         Plaintiffs,<br><br>    v.<br><br>BREAK-IT-OUT DEMOLITION & EXCAVATION, INC., a California corporation,<br><br>         Defendant. | CASE NO.: CV 08-06299 PA (MANx)<br><br>**JUDGMENT** |

Upon stipulation by and between defendant Break-It-Out Demolition & Excavation, Inc. (hereinafter "Break-It-Out"), and plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, and for good cause shown,

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from defendant Break-It-Out Demolition & Excavation, Inc. the principal amount of $34,414.58, plus post-judgment interest thereon at the rate of eight percent (8%) per annum, from the date judgment is entered until paid in full.

DATED: January 13, 2009     _____
                             UNITED STATES DISTRICT JUDGE